UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BARBARA A. SOMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:16-CV-00370-JMS-DKL |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY JOANNE CACERES**

Todd A. Dixon, of the law firm Barnes & Thornburg LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Joanne Caceres, of the law firm Jones Day, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Experian Information Solutions, Inc. in the above-styled cause only.  In support of this motion, the undersigned states:

1. The Certification of Joanne Caceres, as required by S. D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

2. Payment of the required fee of One Hundred Dollars ($100.00) is being made in conjunction with the filing of this Motion through pay.gov.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Joanne Caceres leave to appear *pro hac vice* for purposes of this cause only.

Dated:  June 7, 2016

Respectfully submitted,

/s/ *Todd A. Dixon*
Todd A. Dixon
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, Indiana 46204-3535
Phone: 317.231.7352
Fax: 317.231.7433
Email: tdixon@btlaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June, 2016, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system such that the following should receive service automatically:

Andrew M. Barker
CAMPBELL KYLE PROFFITT
198 South 9th Street
Noblesville, IN 46060
abarker@ckplaw.com

Travis W. Cohron
BARKER HANCOCK COHRON, LLP
198 South 9th Street
Noblesville, IN 46060
tcohron@bhclegal.com


      /s/*Todd A. Dixon*
     Todd A. Dixon

# Exhibit A-Certification

## Exhibit A

### Certification of Joanne Caceres
### In Support of Motion to Appear *Pro Hac Vice*

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by Todd A. Dixon, of the law firm Barnes & Thornburg LLP, and pursuant to S. D. Ind. Local Rule 83-6(b), the undersigned certifies the following statements:

1. I am admitted to practice, and in good standing, in the following United States courts or jurisdictions: (a) State of Illinois by the Supreme Court of Illinois (October 31, 2013); and (b) U.S. District Court for the Northern District of Illinois (2014).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

I certify that the foregoing statements are true and correct.

Dated: June 6, 2016

Respectfully submitted,

Joanne Caceres (Illinois Bar No. 6312459)
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692
Telephone: 312.269.4159
Facsimile: 312.782.8585
Email: jcaceres@jonesday.com