**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| BARBARA A. SOMES,<br><br>    Plaintiff,<br>  v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 1:16-cv-00370-JMS-DKL |

**CORRECTED MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY JOHN A. VOGT**

Todd A. Dixon, of the law firm Barnes & Thornburg LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting John A. Vogt, of the law firm Jones Day, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Experian Information Solutions, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

   1.   The Certification of John A. Vogt, as required by S. D. Ind. Local Rule 83-6(b), is attached hereto as **Exhibit A**.

   2.   Payment of the required fee of One Hundred Dollars ($100.00) is being made in conjunction with the filing of this Motion through pay.gov.

   WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting John A. Vogt leave to appear *pro hac vice* for purposes of this cause only.

Respectfully submitted,

*/s/Todd A. Dixon*
Todd A. Dixon (No. 30587-49)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone:  (317) 236-1313
Facsimile:   (317) 231-7433
Email: todd.dixon@btlaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been filed electronically this 20th day of September, 2016.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Andrew M. Barker
Travis W. Cohron
BARKER HANCOCK COHRON, LLP
abarker@bhclegal.com
tcohron@bhclegal.com

                                                                                */s/Todd A. Dixon*